UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>MELVIN SPELLS, )<br>    Defendant. ) | <br><br><br>CAUSE NO.  1:06-cr-00075-SEB-DKL<br><br>                    - 01<br> |

**REPORT AND RECOMMENDATION**

On September 25, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on September 6, 2024, and order granting Petition filed on September 11, 2024.  [Dkt. Nos. 53, 54.]  Defendant, Melvin Spells appeared in person with his appointed counsel Bill Dazey.  The government appeared by Zach Szilagyi, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer, Patrick Jarosh.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      The Court advised Defendant of his rights and provided him with a copy of the petition.  Defendant orally waived his right to a preliminary hearing.

2.      After being placed under oath, Defendant admitted violation number 3.  Government orally moved to withdraw the remaining violation numbers 1 and 2, which motion was granted by the Court.  [Dkt. Nos. 53, 54.]

3.      The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | "You shall not knowingly leave the judicial district without the permission of the court or probation officer." |
| | On September 2, 2024, Mr. Spells traveled to West Virginia, without prior permission of the court or probation officer. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is IV.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 6 to 12 months' imprisonment.

5. The parties jointly recommended a sentence of 21 months imprisonment with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 21 months imprisonment with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/25/2024

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system